# UNITED STATES DISTRICT COURT

## Western District of Missouri

JUDGMENT IN A CIVIL CASE

HOWARD GILMORE

    v.

JO ANNE B. BARNHART

Case Number: 05-653-SSA-CV-W-WAK

_     *Jury Verdict.* This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_     *Decision by Court.* This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    *IT IS ORDERED AND ADJUDGED*

–     that the decision of the Commissioner is reversed and the case is remanded to the Commissioner under Sentence 4, 42 U.S.C. § 405(g), for further development of the record.

ENTERED ON: February 28, 2006

| | |
|---|---|
| February 28, 2006 | PATRICIA L. BRUNE |
| Date | Clerk |
| | /s L. Bax |
| | (By) Deputy Clerk |